**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **PANTAURUS LLC,** | |
| Plaintiff, | Case No. 1:15-cv-252 |
| v. | **PATENT CASE** |
| **GIESECKE & DEVRIENT AMERICA, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff PanTaurus LLC ("PanTaurus") and Defendant Giesecke & Devrient America, Inc. ("Giesecke & Devrient") file this agreed motion to dismiss with prejudice. The parties have agreed to settle all claims in the above-captioned action. The parties, therefore, move this Court to dismiss this action and all claims by PanTaurus against Giesecke & Devrient made therein, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, PanTaurus respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated: October 13, 2015                Respectfully submitted,

                                        */s/ Craig Tadlock*
                                        Craig Tadlock
                                        State Bar No. 00791766
                                        John J. Harvey, Jr.
                                        State Bar No. 09179770
                                        Keith Smiley
                                        State Bar No. 24067869
                                        **TADLOCK LAW FIRM PLLC**

        2701 Dallas Parkway, Suite 360
        Plano, Texas 75093
        903-730-6789
        craig@tadlocklawfirm.com
        john@tadlocklawfirm.com
        keith@tadlocklawfirm.com

*Attorneys for Plaintiff PanTaurus LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 13, 2015, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

        */s/ Keith Smiley*
        Keith Smiley

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 13, 2015.

        */s/ Craig Tadlock*
        Craig Tadlock